UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DUANE E. WILKINS** and **ANGELA M. WILKINS,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 11-2302 |
| **TRUE GREEN LAWN CARE, et al.,** | ) ) ) |
| Defendants. | ) |

**ORDER**

On May 11, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#44) in this case. Judge Bernthal recommended that: (1) Defendant Village of Rantoul's Motion to Dismiss (#21) be granted; (2) Plaintiffs' pending Motions to Amend their Complaint (#25; #38) be denied; and (3) Plaintiffs' Complaint (#1) be dismissed *sua sponte* in its entirety as to all Defendants without prejudice.

Neither party filed an objection[1] to Judge Bernthal's Report and Recommendation (#44) within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objection to the issues resolved in the Report and Recommendation (#44). See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and

---

[1] Although Plaintiffs have continued to file nearly incomprehensible documents with this court after the Report and Recommendation (#44) was entered on May 11, 2012, no filings refer to the Report and Recommendation (#44), or contain any language which could reasonably be construed as an objection.

Recommendation (#44). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#44) in its entirety. Accordingly, this court agrees that Defendant Village of Rantoul's Motion to Dismiss (#21) should be granted, that Plaintiffs' pending Motions to Amend their Complaint (#25; #38) should be denied, and that Plaintiffs' Complaint (#1) should be dismissed *sua sponte* in its entirety as to all Defendants without prejudice.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#44) is accepted by this court.

(2) Defendant Village of Rantoul's Motion to Dismiss (#21) is GRANTED.

(3) Plaintiffs' Motions to Amend their Complaint (#25; #38) are DENIED.

(4) Plaintiffs' Complaint (#1) is DISMISSED without prejudice. This case is terminated.

(5) All remaining outstanding motions are dismissed as MOOT.

Entered this 13th day of June, 2012

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE